EUGENE SCALIA, SBN 151540
 (escalia@gibsondunn.com)
MARK A. PERRY, SBN 212532
 (mperry@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

KATHERINE V.A. SMITH, SBN 247866
 (ksmith@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7107
Facsimile: 213.229.6107

Attorneys for Defendant UBS Financial Services Inc.

**FILED**

JUL 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MOK,<br><br>              Plaintiff,<br><br>     v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>              Defendant. | CASE NO. 5:13-cv-02022-HRL<br><br>Action Filed: May 1, 2013<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>[Re: Docket No. 10] |

Pursuant to Local Rule 6-1, the undersigned counsel of record for Plaintiff Charles Mok and Defendant UBS Financial Services Inc. (UBSFS) stipulate and agree to extend the time for UBSFS to respond to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff filed his Complaint in this action on May 1, 2013;

WHEREAS, UBSFS was served with the Complaint on July 5, 2013;

WHEREAS, absent an extension, UBSFS's response to the Complaint is currently due on July 26, 2013;

WHEREAS, Plaintiff and UBSFS agree that the time for UBSFS to respond to the Complaint shall be extended by one month, to August 26, 2013;

WHEREAS, the parties agree that this stipulation does not waive any right of the parties to request or stipulate to further extensions;

IT IS STIPULATED AND AGREED THAT, pursuant to Local Rule 6-1(a), which permits parties to enter into written stipulations to extend the time to answer or otherwise respond to the Complaint without court approval, UBSFS's time to answer or otherwise respond to the Complaint shall be extended by one month, to August 26, 2013. Nothing in this Stipulation shall be construed as a waiver of any of Plaintiff's or UBSFS's rights, defenses, or arguments they otherwise would have.

Dated: July 19, 2013

EUGENE SCALIA
MARK A. PERRY
KATHERINE V.A. SMITH
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eugene Scalia
     Eugene Scalia

Attorneys for Defendant UBS Financial Services Inc.

Dated: July 19, 2013

BRAD YAMAUCHI
KEVIN R. ALLEN
MINAMI TAMAKI LLP

By: /s/ Kevin R. Allen
Kevin R. Allen

Attorneys for Plaintiff Charles Mok

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from other signatories hereto.

Dated: July 19, 2013

EUGENE SCALIA
MARK A. PERRY
KATHERINE V.A. SMITH
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eugene Scalia
Eugene Scalia

Attorneys for Defendant UBS Financial Services Inc.

**The parties' stipulation will impact events and deadlines already set by court order (see Dkt. No. 3). Their stipulated extension is granted. The initial case management conference is continued to September 24, 2013, 1:30 p.m. All related deadlines are adjusted accordingly.**

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 7/22/13